UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Julie Swanson,  Civil No. 23-2504 (PJS/LIB)

      Plaintiff,

vs.  ORDER ADOPTING
REPORT AND RECOMMENDATION

Erwin Anderson,
Jean Anderson,

      Defendants

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The present action is **REMANDED** to the Minnesota State District Court, Seventh Judicial District, County of Otter Tail, Minnesota for lack of subject matter jurisdiction.

DATED: 1/22/2024                                                  s/Patrick J. Schiltz
At Minneapolis, Minnesota                     Patrick J. Schiltz, Chief Judge
                                                                            United States District Court